## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

STEVEN RULE,

           Petitioner

           v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

           Respondent

: No. 495 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.